UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60966-BLOOM/Valle

SAUL ZELAYA,

    Plaintiff,

v.

ST. JAMES BOATWORKS, INC.,
and JAMES E. ROBERTS,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation for Voluntary Dismissal without Prejudice, ECF No. [16]. It is **ORDERED AND ADJUDGED** that the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE** with each party to bear their own costs and attorney's fees. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record